# Order

Michigan Supreme Court
Lansing, Michigan

December 22, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150949

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v
                                           SC: 150949
                                           COA: 323819
                                           Wayne CC: 96-004081-FC

DANIEL F. JONES,
     Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 4, 2014 order of the Court of Appeals is considered and, it appearing to this Court that the case of *Montgomery v Louisiana*, cert gtd __ US __; 135 S Ct 1546; 191 L Ed 2d 635 (2015), is pending before the United States Supreme Court, and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 22, 2015



Clerk

s1214